1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   RONALD JAY BIANCHI,

9                              Petitioner,          Case No. C22-5957-JLR-SKV

10         v.

11   JERI BOE,                                       MINUTE ORDER

12                              Respondent.

13

14         The following Minute Order is made by direction of the Court, the Honorable S. Kate

15   Vaughan, United States Magistrate Judge:

16         This is a federal habeas action proceeding under 28 U.S.C. § 2254.  On April 9, 2023,

17   Petitioner submitted to the Court for filing his response to Respondent's answer to Petitioner's

18   petition for writ of habeas corpus.  Dkt. 9.  However, Petitioner failed to sign his responsive

19   brief.  *See id*. at 30.  Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, an

20   unrepresented litigant is required to personally sign every pleading filed with the Court, and the

21   Court is required to strike any unsigned pleading unless the omission is promptly corrected after

22   being called to the party's attention.  Because Petitioner's responsive brief does not bear his

23   MINUTE ORDER
     PAGE - 1

1   signature, the document is procedurally deficient, and Petitioner must correct this deficiency if

2   he wishes for the Court to consider the brief.

3          Accordingly, Petitioner is directed to re-submit the final page of his brief, properly signed

4   and dated, not later than ***Monday, April 24, 2023***.  Petitioner may, in the alternative, submit a

5   signed and dated copy of his entire brief by the date designated above.  Respondent's answer to

6   Petitioner's petition (Dkt. 7) is RE-NOTED on the Court's calendar for consideration on ***Friday,***

7   ***April 28, 2023***.  Respondent shall file any reply brief by that date.

8          The Clerk is directed to send copies of this Minute Order to Petitioner, to counsel for

9   Respondent, and to the Honorable James L. Robart.

10         DATED this 11th day of April, 2023.

11                                        RAVI SUBRAMANIAN, Clerk

12

13                                        By s/ Laura Hobbs
                                             Deputy Clerk

14

15

16

17

18

19

20

21

22

23
     MINUTE ORDER
     PAGE - 2